## KALMIA REALTY & INSURANCE COMPANY et al., Appellants v. UNITED STATES of AMERICA, Appellee.

### No. 12965.

United States Court of Appeals
Fifth Circuit.

May 15, 1950.

Garner W. Green, Jackson, Miss., J. R. Buchanan, Laurel, Miss., L. Barrett Jones, Jackson, Miss., Reynolds S. Cheney, Jackson, Miss., W. S. Welch, Laurel, Miss., Ben Stevens, Hattiesburg, Miss., for appellants.

John F. Cotter, Atty., Dept. of Justice, Washington, D. C., A. Devitt Vanech, Asst. Atty. Gen., Joseph E. Brown, U. S. Atty., Jackson, Miss., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

From the standpoint of both reason and result, we think that the decision and judgment of the Court below were correct.

Affirmed.